UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

    Charlene Renee Thomas-Tindle      Case No. 10-56752-wsd
                                                               Hon. Walter Shapero.Detroit
                                                               Chapter 13

                     Debtor

_____

CARLA MITRI                      P-69947
Attorney for Debtor
24100 Woodward Avenue
Pleasant Ridge, MI 48069
(248) 584-2100
_____/
MAKOWER ABBATE AND ASSOCIATES PLLC
MARK F. MAKOWER          P-31955
STEPHEN M. GUERRA          P-67653
Attorneys for Jefferson Village Condominium Association
30140 Orchard Lake Road
Farmington Hills, MI 48334
(248) 254-7600
_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2011, I electronically filed **Jefferson Village Condominium Association's Motion for Relief From the Automatic Stay, Brief in Support of Jefferson Village Condominium Association's Motion for Relief From the Automatic Stay, Statement of Corporate Ownership and Notice and Opportunity to Respond** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Tammy L. Terry | Carla Mitri |
| Mieb_ecfadmin@det13.net | Carla_mitri@comcast.net |
| | |
| William R. Orlow | Michael P. Hogan |
| Wro_ecf@comcast.net | ecf@kaalaw.com |
| | |
| Jason Canvasser | Marcy J. Ford |
| jcanvasser@millerlaw.biz | easternecf@trottlaw.com |
| | |
| Janielle E. Ryan | |
| easternecf@trottlaw.com | |

/s/ Stephen M. Guerra
Makower Abbate and Associates PLLC
30140 Orchard Lake Road
Farmington Hills, Michigan 48334
Phone: (248) 254-7600
Email: steve@makowerabbate.com

Michigan Bar Number: P67653