UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
CHARLENE RENEE THOMAS-TINDLE   CASE NO:   10-56752
                               CHAPTER:   13
                               JUDGE:     SHAPERO

Debtor(s)
_____/

## STIPULATION FOR ENTRY OF ORDER TO RESOLVE CREDITOR JEFFERSON VILLAGE CONDOMINIUM ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come before the Court by way of the Motion for Relief From the Automatic Stay of Creditor Jefferson Village Condominium Association, service having been properly made and a response timely filed, and all issues having been resolved;

**NOW THEREFORE, IT IS HEREBY STIPULATED:** Creditor may file a supplemental proof of claim for reasonable fees and costs incurred in its assessments, late fees, attorney fees and costs, and its Motion in the amount of $2,675.80.

Approved:

/s/ Carla Mitri_____
C. Jason Cardasis (P54930)
Carla Mitri (P69947)
Attorneys for Debtors
24100 Woodward Avenue, Suite B
Pleasant Ridge, Michigan 48069
carla_mitri@comcast.net


/s/_____ Stephen M. Guerra_(with consent)_____
Stephen M. Guerra (P67653)
Attorney for Creditor Jefferson Village Assoc.
30140 Orchard Lake Road
Farmington Hills, MI 48334
steve@makowerabbate.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
**CHARLENE RENEE THOMAS-TINDLE**            CASE NO:    10-56752
                                             CHAPTER:    13
                                             JUDGE:      SHAPERO

                Debtor(s)
_____/

## ORDER TO RESOLVE CREDITOR JEFFERSON VILLAGE CONDOMINIUM ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY

      This matter having come before the Court by way of the Motion for Relief From the Automatic Stay of Creditor Jefferson Village Condominium Association, service having been properly made and a response timely filed, and all issues having been resolved;

      **NOW THEREFORE, IT IS HEREBY ORDERED:** Creditor may file a supplemental proof of claim for reasonable fees and costs incurred in its assessments, late fees, attorney fees and costs, and its Motion in the amount of $2,675.80.