UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
CHARLENE RENEE THOMAS-TINDLE        CASE NO:    10-56752
                                    CHAPTER:    13
                                    JUDGE:      SHAPERO

            Debtor(s)
_____/

## ORDER TO RESOLVE CREDITOR JEFFERSON VILLAGE CONDOMINIUM ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come before the Court by way of the Motion for Relief From the Automatic Stay of Creditor Jefferson Village Condominium Association, service having been properly made and a response timely filed, and all issues having been resolved;

**NOW THEREFORE, IT IS HEREBY ORDERED:** Creditor may file a supplemental proof of claim for reasonable fees and costs incurred in its assessments, late fees, attorney fees and costs, and its Motion in the amount of $2,675.80.

.

Signed on June 02, 2011

                                    /s/ Walter Shapero
                                    Walter Shapero
                                    United States Bankruptcy Judge